# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Eileen Ann Dellamonica**  
                      Debtor(s)

**BK NO. 17-03019 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                  Respectfully submitted,

                         /s/ *Rebecca Solarz*  
                         Rebecca Solarz  
                         02 Nov 2020, 17:01:25, EST

                         KML Law Group, P.C.  
                         BNY Mellon Independence Center  
                         701 Market Street, Suite 5000  
                         Philadelphia, PA 19106  
                         215-627-1322