Certificate Number: 13858-PAM-DE-036358255

Bankruptcy Case Number: 17-03019



13858-PAM-DE-036358255

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 26, 2022, at 7:06 o'clock PM EST, Eileen Ann Dellamonica completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 27, 2022

By: /s/Nicholas Vazquez

Name: Nicholas Vazquez

Title: Counselor