United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Eileen Ann Dellamonica  
    Debtor

Case No. 17-03019-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Sep 15, 2022      Form ID: 3180W      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eileen Ann Dellamonica, 5002 Locust Lane, Harrisburg, PA 17109-4521 |
| cr | + | Statebridge Company LLC, c/o Statebridge Company, LLC, 6061 S. Willow Dr, Suite 300, Greenwood Village, CO 80111-5151 |
| 5050273 | + | Freedom Mortgage Corporation, PO Box 89486, Cleveland, OH 44101-6486 |
| 5050274 | + | Freedom Mortgage Corporation, PO Box 89486, Cleveland, OH 44101-9486, Freedom Mortgage Corporation, PO Box 89486 Cleveland, OH 44101-6486 |
| 4947874 | + | HUD/FHA, NATIONAL SERVICING CENTER, 301 NW SIXTH ST, STE 200, OKLAHOMA CITY, OK 73102-2811 |
| 5442952 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 4947879 | + | RICHARD RAJK, 401 MEADOW LANE, SHERMANS DALE, PA 17090-8521 |
| 4947881 | + | UDREN LAW OFFICES, PC, WOODCREST CORPORATE CENTER, 111 WOODCREST RD, STE 200, CHERRY HILL, NJ 08003-3620 |
| 5489251 | + | Wilmington Savings Fund Society, FSB, c/o Statebridge Company, LLC, 6061 S. Willow Dr., Suite 300, Greenwood Village, CO 80111-5151 |
| 5489252 | + | Wilmington Savings Fund Society, FSB, c/o Statebridge Company, LLC, 6061 S. Willow Dr., Suite 300, Greenwood Village, CO 80111, Wilmington Savings Fund Society, FSB c/o Statebridge Company, LLC 80111-5151 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4947871 | | EDI: CAPITALONE.COM | Sep 15 2022 22:53:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4947873 | | EDI: PENNDEPTREV | Sep 15 2022 22:53:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4947873 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 15 2022 18:46:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4947882 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 15 2022 18:46:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5442953 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 15 2022 18:46:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 4947875 | | EDI: IRS.COM | Sep 15 2022 22:53:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4947872 | | Email/Text: info@pamd13trustee.com | Sep 15 2022 18:46:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 4947876 | | EDI: LCIPHHMRGT | Sep 15 2022 22:53:00 | OCWEN LOAN SERVICING LLC, ATTN: BANKRUPTCY DEPT, PO BOX 24738, WEST PALM BEACH, FL 33416-4738 |
| 4961103 | | EDI: AGFINANCE.COM | Sep 15 2022 22:53:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 4947877 | | EDI: AGFINANCE.COM | Sep 15 2022 22:53:00 | ONEMAIN FINANCIAL ATTN: BK NOTICES, |

| Recip ID | | Notice Type | Notice Date | Name and Address |
|---|---|---|---|---|
| | | | | PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 4947878 | + | EDI: LCIPHHMRGT | Sep 15 2022 22:53:00 | PHH MORTGAGE CORPORATION, ONE MORTGAGE WAY, MAIL STOP SV01, MOUNT LAUREL, NJ 08054-4637 |
| 4978875 | | EDI: PRA.COM | Sep 15 2022 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4948058 | + | EDI: RECOVERYCORP.COM | Sep 15 2022 22:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4947880 | + | EDI: WTRRNBANK.COM | Sep 15 2022 22:53:00 | TARGET/TD, PO BOX 673, MINNEAPOLIS, MN 55440-0673 |
| 4994901 | + | Email/Text: bncmail@w-legal.com | Sep 15 2022 18:46:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4990811 | | EDI: LCIPHHMRGT | Sep 15 2022 22:53:00 | THE BANK OF NEW YORK MELLON TRUST COMPANY, et. al., OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 4947883 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 15 2022 18:46:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 4947884 | + | EDI: WFFC.COM | Sep 15 2022 22:53:00 | WFF CARDS, 3201 N FOURTH AVENUE, SIOUX FALLS, SD 57104-0700 |
| 4977000 | | EDI: WFCCSBK | Sep 15 2022 22:53:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4994645 | | PINGORA LOAN SERVICING, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2022          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2022 at the address(es) listed below:

**Name**                    **Email Address**

| | |
|---|---|
| Daniel I Singer | on behalf of Creditor Statebridge Company LLC daniel@dsingerlawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Eileen Ann Dellamonica DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor PINGORA LOAN SERVICING LLC pamb@fedphe.com |
| Jerome B Blank | on behalf of Creditor The Bank of New York Mellon Trust Company NA etal pamb@fedphe.com |
| Joseph Angelo Dessoye | on behalf of Creditor The Bank of New York Mellon Trust Company NA etal pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor The Bank of New York Mellon Trust Company NA etal tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor PHH Mortgage Corporation tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor PINGORA LOAN SERVICING LLC tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 14

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Eileen Ann Dellamonica<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6906<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–03019–HWV | |

## Order of Discharge                                                                                                12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eileen Ann Dellamonica

**By the court:**   *[signature]*

9/15/22

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                           **Chapter 13 Discharge**                           page 2