# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

EILEEN ANN DELLAMONICA                                    Case No.: 1-17-03019-HWV
                                                          Chapter 13

Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                          **MORTGAGE INFORMATION**

Creditor Name:                       STATEBRIDGE COMPANY LLC
Court Claim Number:                  04
Last Four of Loan Number:            2110/PRE ARREARS/5002 LOCUST LN
Property Address if applicable:      5002 LOCUST LANE, , HARRISBURG, PA17109

**PART 2:**                          **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a.   Allowed prepetition arrearages:                                  $18,318.86
b.   Prepetition arrearages paid by the Trustee:                      $18,318.86
c.   Amount of postpetition fees, expenses, and charges recoverable
     Under Bankruptcy Rule 3002.1(c):                                 $0.00
d.   Amount of postpetition fees, expenses, and charges recoverable
     Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:         $0.00
e.   Allowed postpetition arrearage:                                  $0.00
f.   Postpetition arrearages paid by the Trustee:                     $0.00
g.   Total b, d, f:                                                   $18,318.86

**PART 3:**                          **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**              **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  September 27, 2022                    Respectfully submitted,

                                              /s/ Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee
                                              Suite A, 8125 Adams Drive
                                              Hummelstown, PA  17036
                                              Phone:  (717) 566-6097
                                              Fax:  (717) 566-8313
                                              eMail:  info@pamd13trustee.com

Creditor Name:  STATEBRIDGE COMPANY LLC
Court Claim Number:  04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1191521 | 09/06/2018 | $377.84 | $0.00 | $377.84 |
| 5200 | 1192858 | 10/10/2018 | $765.12 | $0.00 | $765.12 |
| 5200 | 1194217 | 11/08/2018 | $380.91 | $0.00 | $380.91 |
| 5200 | 1195615 | 12/13/2018 | $380.92 | $0.00 | $380.92 |
| 5200 | 1196991 | 01/10/2019 | $380.92 | $0.00 | $380.92 |
| 5200 | 1199379 | 03/12/2019 | $31.64 | $0.00 | $31.64 |
| 5200 | 1200751 | 04/11/2019 | $1,111.12 | $0.00 | $1111.12 |
| 5200 | 1203457 | 06/06/2019 | $380.92 | $0.00 | $380.92 |
| 5200 | 1204857 | 07/11/2019 | $380.92 | $0.00 | $380.92 |
| 5200 | 1206206 | 08/07/2019 | $380.92 | $0.00 | $380.92 |
| 5200 | 1207693 | 09/26/2019 | $779.85 | $0.00 | $779.85 |
| 5200 | 1209959 | 11/07/2019 | $381.74 | $0.00 | $381.74 |
| 5200 | 1211327 | 12/12/2019 | $381.74 | $0.00 | $381.74 |
| 5200 | 1212690 | 01/16/2020 | $763.48 | $0.00 | $763.48 |
| 5200 | 1215353 | 03/12/2020 | $763.48 | $0.00 | $763.48 |
| 5200 | 1216631 | 04/14/2020 | $139.65 | $0.00 | $139.65 |
| 5200 | 1217647 | 05/06/2020 | $233.52 | $0.00 | $233.52 |
| 5200 | 1218622 | 06/02/2020 | $368.24 | $0.00 | $368.24 |
| 5200 | 1219648 | 07/07/2020 | $368.24 | $0.00 | $368.24 |
| 5200 | 1220689 | 08/12/2020 | $368.24 | $0.00 | $368.24 |
| 5200 | 1221747 | 09/17/2020 | $736.46 | $0.00 | $736.46 |
| 5200 | 1219648 | 10/22/2020 | $-368.24 | $0.00 | $-368.24 |
| 5200 | 1223553 | 11/03/2020 | $740.58 | $0.00 | $740.58 |
| 5200 | 1224517 | 12/10/2020 | $372.33 | $0.00 | $372.33 |
| 5200 | 1226301 | 01/19/2021 | $372.33 | $0.00 | $372.33 |
| 5200 | 1227320 | 02/17/2021 | $372.32 | $0.00 | $372.32 |
| 5200 | 1228337 | 03/17/2021 | $372.33 | $0.00 | $372.33 |
| 5200 | 1229347 | 04/15/2021 | $372.33 | $0.00 | $372.33 |
| 5200 | 2000729 | 05/18/2021 | $372.33 | $0.00 | $372.33 |
| 5200 | 2001731 | 06/16/2021 | $384.60 | $0.00 | $384.60 |
| 5200 | 2003779 | 08/18/2021 | $778.59 | $0.00 | $778.59 |
| 5200 | 2005826 | 10/14/2021 | $769.21 | $0.00 | $769.21 |
| 5200 | 2006856 | 11/16/2021 | $373.56 | $0.00 | $373.56 |
| 5200 | 2008891 | 01/19/2022 | $373.55 | $0.00 | $373.55 |
| 5200 | 2009862 | 02/16/2022 | $419.11 | $0.00 | $419.11 |
| 5200 | 2010853 | 03/16/2022 | $373.56 | $0.00 | $373.56 |
| 5200 | 2012951 | 05/17/2022 | $373.56 | $0.00 | $373.56 |
| 5200 | 2013983 | 06/14/2022 | $373.55 | $0.00 | $373.55 |
| 5200 | 2014949 | 07/13/2022 | $592.23 | $0.00 | $592.23 |
| 5200 | 2016164 | 08/17/2022 | $685.29 | $0.00 | $685.29 |
| 5200 | 2017164 | 09/13/2022 | $359.87 | $0.00 | $359.87 |

Re:

EILEEN ANN DELLAMONICA                    Case No.: 1-17-03019-HWV

                                          Chapter 13

            Debtor(s)


# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 27, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

MOTT & GENDRON LAW                        SERVED ELECTRONICALLY
125 STATE STREET
HARRISBURG PA,   17101-


STATEBRIDGE COMPANY LLC                   SERVED BY 1ST CLASS MAIL
6061 S WILLOW DR
SUITE 300
GREENWOOD VILLAGE, CO,   80111


EILEEN ANN DELLAMONICA                    SERVED BY 1ST CLASS MAIL
5002 LOCUST LANE
HARRISBURG, PA  17109


I certify under penalty of perjury that the foregoing is true and correct.


Date: September 27, 2022                  /s/ Liz Joyce
                                          for Jack N. Zaharopoulos
                                          Standing Chapter 13 Trustee
                                          Suite A, 8125 Adams Drive
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097
                                          Fax:  (717) 566-8313
                                          eMail:  info@pamd13trustee.com