# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    EILEEN ANN DELLAMONICA                    Case No.: 1-17-03019-HWV

                                                                         Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                  **MORTGAGE INFORMATION**

Creditor Name:                  FREEDOM MORTGAGE CORPORATION
Court Claim Number:            05
Last Four of Loan Number:      4115/PRE ARREARS/5002 LOCUST LN
Property Address if applicable:   5002 LOCUST LANE, , HARRISBURG, PA17109

**PART 2:**                  **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $37.94 |
| b. | Prepetition arrearages paid by the Trustee: | $37.94 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $37.94 |

**PART 3:**                  **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: September 27, 2022 			Respectfully submitted,

<div style="margin-left:auto">

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail: info@pamd13trustee.com

</div>

Creditor Name: FREEDOM MORTGAGE CORPORATION
Court Claim Number: 05

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5210 | 1214949 | 03/12/2020 | $15.82 | $0.00 | $15.82 |
| 5210 | 1214949 | 03/24/2020 | $-15.82 | $0.00 | $-15.82 |
| 5210 | 2013707 | 06/14/2022 | $34.55 | $0.00 | $34.55 |
| 5210 | 2013707 | 09/07/2022 | $-34.55 | $0.00 | $-34.55 |
| 5210 | 2016769 | 09/13/2022 | $37.94 | $0.00 | $37.94 |

Re:

EILEEN ANN DELLAMONICA            Case No.: 1-17-03019-HWV

                                                                    Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 27, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| MOTT & GENDRON LAW<br>125 STATE STREET<br>HARRISBURG PA, 17101- | SERVED ELECTRONICALLY |
| FREEDOM MTG CORP<br>10500 KINCAID DR<br>FISHERS, IN, 46037-9764 | SERVED BY 1ST CLASS MAIL |
| EILEEN ANN DELLAMONICA<br>5002 LOCUST LANE<br>HARRISBURG, PA 17109 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 27, 2022           /s/ Liz Joyce
                                                for Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee
                                                Suite A, 8125 Adams Drive
                                                Hummelstown, PA 17036
                                                Phone: (717) 566-6097
                                                Fax: (717) 566-8313
                                                eMail: info@pamd13trustee.com