| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Eileen Ann Dellamonica |
| Debtor 2 | |
| United States Bankruptcy Court for the: Middle District of Pennsylvania | |
| Case number : | 1:17-bk-03019-HWV |

Form 4100R

# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

**Part 1: Mortgage Information**

Name of creditor: Wilmington Savings Fund Society, FSB

Court claim no. (if known): 4

Last 4 digits of any number you use to identify the debtor's account: 2110

Property Address: 5002 Locust Lane
Harrisburg, PA 17109

**Part : 2 Prepetition Default Payments**

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $

**Part 3: Postpetition Mortgage Payment**

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 2022-11-23

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $

c. **Total.** Add lines a and b. (c) $

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

### Part 4: Itemized Payment History

If the creditor disagrees in Party 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/s/ Christopher Giacinto                 Date  10/13/2022
Signature

Print: Christopher Giacinto        Title  Authorized Agent for Creditor

Company  Padgett Law Group

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  6267 Old Water Oak Road, Suite 203

Tallahassee FL, 32312

Contact phone  (850) 422-2520      Email  plginquiries@padgettlawgroup.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG

IN RE: EILEEN ANN DELLAMONICA          No: 1:17-bk-03019-HWV
         Debtor(s)          CHAPTER 13

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the ___13th___ day of October, 2022.

/S/ Christopher Giacinto

Christopher Giacinto
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
plginquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

# SERVICE LIST (CASE NO. 1:17-bk-03019-HWV)

Debtor
Eileen Ann Dellamonica
5002 Locust Lane
Harrisburg, PA 17109

Attorney
Dorothy L Mott
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Trustee
Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

US Trustee
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101